FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 29, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:18-CR-00102-LRS-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| JAMES STEIN-SHERIDAN SHELBY, | **ECF No. 55** |
| Defendant. | |

Before the Court is Defendant's unopposed Motion to Modify Conditions of Release (ECF No. 55). For the reasons set forth in the motion;

IT IS HEREBY ORDERED:

1. The Motion to Modify Conditions of Release (ECF No. 55) is GRANTED.

2. Defendant's previously-imposed Special Condition of Release No. 14 (ECF No. 31) shall be MODIFIED to read as follows: Defendant shall remain in the Eastern District of Washington; Kootenai County, Idaho; Bonner County, Idaho; and King County, Washington; while this case is

ORDER - 1

pending.  Defendant may be present in other counties as needed for the purpose of traveling to King County.  By timely motion stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

DATED November 29, 2018.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2